CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 0 1 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOUGLAS E. FOREMAN,<br>Petitioner, | ) )<br>) | Civil Action No. 7:07-cv-00187 |
| v. | ) )<br>) | **FINAL ORDER** |
| TERRY O'BRIEN, WARDEN,<br>Respondent. | ) )<br>) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED**, and the action is hereby stricken from the active docket of the court.

ENTER: This 1st day of ~~April~~ May, 2007.

/s/ James C. Turk
Senior United States District Judge